**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08-304 (RHK) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER AUTHORIZING THE** |
| | ) | **UNITED STATES TO** |
| DEANNA LYNN COLEMAN, | ) | **SEIZE REAL PROPERTY** |
| | ) | |
| Defendant. | ) | |

Based on the Motion of the United States for an order allowing the United States to take immediate custody of the real property located at 5230 County Road 151, Minnetrista, Minnesota, and based on all of the files and records of this proceeding,

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for an order allowing the United States to take custody of the real property located at 5230 County Road 151, Minnetrista, Minnesota (Docket No. 57) is **GRANTED**;

2. The United States Marshals Service or its designee is hereby authorized:

    a. to enter the real property located at 5230 County Road 151, Minnetrista, Minnesota, including any structures located on the property, on one or more occasions during the pendency of this forfeiture action, for the purpose of conducting an inspection, inventory and appraisal of the property;

b.  to be accompanied on any such occasion by any government, contract personnel and appraiser(s) selected by it for the purpose of appraising the condition and value of the real property, which appraisal may include, among other means, still and video photography;

c.  to be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under the terms of this Order;

d.  to maintain custody of the real property located at 5230 County Road 151, Minnetrista, Minnesota, pending the completion of forfeiture proceedings relating to the property, or pending further Order of this Court; and

e.  to take whatever steps are necessary to preserve the value of the seized real property and to ensure its availability for forfeiture.

Dated: August 8, 2012          s/Richard H. Kyle
                               RICHARD H. KYLE
                               United States District Judge